| | |
|---|---|
| ERIC GRANT<br>United States Attorney<br>HEIKO P. COPPOLA<br>Assistant United States Attorney<br>501 I Street, Suite 10-100<br>Sacramento, CA 95814<br>Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 | **FILED**<br>Aug 19, 2025<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>               v.<br><br>JOSE MANUEL CASTILLO, JR.,<br><br>               Defendant. | CASE NO. 2:25-cr-0197 CSK<br><br>18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States |

I N F O R M A T I O N

The United States Attorney charges: T H A T

JOSE MANUEL CASTILLO, JR.,

defendant herein, on or about July 17, 2025, in Sacramento County, State and Eastern District of California, did willfully injure and commit a depredation against any property of the United States, and of any department and agency thereof, to wit: damage to the tire of a government-owned vehicle, and the resulting damage to such property did not exceed the sum of $1,000, in violation of Title 18, United States Code, Section 1361, a Class A misdemeanor.

//

//

//

//

INFORMATION                                                                            1

Dated: 8/19/2025

ERIC GRANT
United States Attorney

By: /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

## United States v. Jose Manuel Castillo
**Penalties for Information**

### COUNT 1:

VIOLATION:       18 U.S.C. § 1361 – Willful Injury and Depredation Against any Property of the United States

PENALTIES:       Imprisonment of not more than one year, a fine of not more than $100,000, or <u>both and up to one year of supervised released</u>.

SPECIAL ASSESSMENT: $125 (mandatory on each count)